# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | JASON A. & RICHARD A. DIXON |
| Case Number: | 18-20981-JAD    Chapter: 13 |
| Date / Time / Room: | TUESDAY, SEPTEMBER 18, 2018 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | SCOTT KOZAR |
| Reporter / ECR: | N/A |

## Matter:

Motion For Relief From Automatic Stay filed by XCL Titling Trust, LLC - Response Filed 8/16/2018 by Debtors @ Doc. #36 [Due 8/26/2018]
R / M #: 33 / 0

## Appearances:

TRUSTEE: WINNECOUR / KATZ / PAIL
DEBTOR(S): Kenneth Steidl, Esq.
CREDITOR: James C. Warmbrodt, Esq.

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
✔ CONTINUE MATTER:
    ✔ For At Least **60** Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order -  NONJURY   /   JURY
    ___ Simple / Pretrial Order - NONJURY   /   JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
9/20/18 2:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge