UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | JASON A. & RICHARD A. DIXON |
| Case Number: | 18-20981-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 27, 2018  10:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
9/28/18 8:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#15 - Final Confirmation of Plan Dated 4/9/2018 (NFC)
R / M #: 15 / 0

*Appearances:*

Debtor: K Steidl
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

Debtor has no defense to dismissal.

9/20/2018  10:09:34 AM