**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jason A. Dixon** | : | Case No. 18–20981–JAD |
| **fdba Premier Elite Errands, fka Jason A.** | : | Chapter: 13 |
| **Clark** | : | |
| **Richard A. Dixon II** | : | |
| **aka Richard Arthur Dixon II, aka Richard A.** | : | |
| **Dixon** | : | Issued Per Sep. 27, 2018 Proceeding |
| *Debtor(s)* | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

     *AND NOW,* this *The 28th of September, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

     (1)   The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)   The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 18-20981-JAD
Jason A. Dixon                                                                 Chapter 13
Richard A. Dixon, II
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel           Page 1 of 2          Date Rcvd: Sep 28, 2018
                              Form ID: 309         Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db/jdb          +Jason A. Dixon,    Richard A. Dixon, II,    1730 Walnut Street,    Carnegie, PA 15106-4037
cr              +Borough of Heidelberg,    Goehring, Rutter & Boehm,    437 Grant Street,    Frick Building,
                 Pittsburgh, PA 15219,    UNITED STATES 15219-6002
14807545        +BB&T,   c/o FBCS, Inc.,    330 S. Warminster Road,    Hatboro, PA 19040-3433
14821234        +Borough of Heidelberg,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14807547        +Borough of Heidelberg,    c/o Jordan Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
14807546         Borough of Heidelberg,    8 Arlington Avenue,    Clinton, MA 01510-6000
14807554        ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas,    Attn: Bankruptcy,    290 West Nationwide Blvd.,
                 Columbus, OH 43215)
14792478        +Carnegie Borough,    c/o Jordan Tax Service,    102 Rahway,    Canonsburg, PA 15317-3349
14807549        +Carnegie Borough,    c/o Jordan Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
14807550        +Central Credit Services,    9550 Regency Square Blvd,    Jacksonville, FL 32225-8169
14807551        +Citizens Bank,    PO Box 789,    Providence, RI 02901-0789
14807553        +Citizens Bank,    One Citizens Plaza,    Providence, RI 02903-1339
14807555         Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
14807557        +Convergent Outsourcing,    PO Box 1280,    Oaks, PA 19456-1280
14807558        +Direct TV,    1130 North Chase Parkway,    Suite 150,    Marietta, GA 30067-6429
14807560        +Dollar Bank,    PO Box 3969,    Pittsburgh, PA 15230-3969
14807561         Dollar Bank FSB,    3 Gateway Center West,    Pittsburgh, PA 15222
14807563        +FAIR,    PO Box 20140,    Phoenix, AZ 85036-0140
14852969        +LOANDEPOT.COM, LLC,    CENLAR FSB,    BK Department, 425 PHILLIPS BLVD.,    EWING NJ 08618-1430
14807564        +Lisa Weinberg, DMD,    2323 Greentree Road,    Carnegie, PA 15106-4203
14807565        +LoanDepot,    P.O. Box 77423,    Trenton, NJ 08628-7423
14792479        +Loandepot.Com LLC,    425 Phillips Blvd,    Trenton, NJ 08618-1430
14807567        +MDG USA, Inc.,    3422 Old Capitol Trail #1993,    Wilmington, DE 19808-6124
14807574        +Omega FCU,    PO Box 15038,    Pittsburgh, PA 15237-0038
14807580        +TD Bank,    P.O. Box 9547,    Kansas City, MO 64133-9547

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14815845         E-mail/Text: bankruptcy@bbandt.com Sep 29 2018 03:03:22      Branch Banking & Trust Company,
                 c/o Bankruptcy Section,    PO Box 1847, 100-50-01-51,    Wilson, NC 27894
14807548        +Fax: 801-226-4772 Sep 29 2018 03:24:30     Capital Community Bank,    49 West University Parkway,
                 Orem, UT 84058-7333
14807556        +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 29 2018 03:04:23      Comcast,
                 1701 JFK Boulevard,    Attn: Bankruptcy,    Philadelphia, PA 19103-2899
14832596         EDI: DIRECTV.COM Sep 29 2018 06:38:00      Directv, LLC,   by American InfoSource LP as agent,
                 PO Box 5008,    Carol Stream, IL  60197-5008
14807562        +E-mail/Text: kburkley@bernsteinlaw.com Sep 29 2018 03:04:36      Duquesne Light,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14834036        +E-mail/Text: kburkley@bernsteinlaw.com Sep 29 2018 03:04:36      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14795149        +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 29 2018 03:04:13      KeyBank N.A.,
                 4910 Tiedeman Rd,    Brooklyn, Ohio 44144-2338
14850467         EDI: RESURGENT.COM Sep 29 2018 06:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
14861450        +EDI: TCISOLUTIONS.COM Sep 29 2018 06:38:00      Mid America Bank & Trust,    c/o Total Card Inc.,
                 5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
14807568        +EDI: TCISOLUTIONS.COM Sep 29 2018 06:38:00      Mid American Bank & Trust,
                 5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
14807572        +EDI: CBS7AVE Sep 29 2018 06:38:00      Montgomery Ward,    1112 7th Avenue,
                 Monroe, WI 53566-1364
14807573        +EDI: CBS7AVE Sep 29 2018 06:38:00      Montgomery Ward,    PO Box 2843,    Monroe, WI 53566-8043
14820020        +EDI: CBS7AVE Sep 29 2018 06:38:00      Montgomery Ward,    c/o Creditors Bankruptcy Service,
                 P O Box 800849,    Dallas, TX 75380-0849
14807575        +E-mail/Text: csc.bankruptcy@amwater.com Sep 29 2018 03:04:45      PA American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
14793186        +EDI: PRA.COM Sep 29 2018 06:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14807576         E-mail/Text: bankruptcynotices@psecu.com Sep 29 2018 03:04:26      PSECU,    P.O. Box 67013,
                 Harrisburg, PA 17106-7013
14815537        +EDI: csc.bankruptcy@amwater.com Sep 29 2018 03:04:46      Pennsylvania American Water,
                 P O Box 578,    Alton, IL 62002-0578
14807578        +E-mail/Text: RiskManagement@radiusbank.com Sep 29 2018 03:04:53      Radius Bank,
                 1 Harbor Street,    Suite 201,    Boston, MA 02210-2445
14807586         E-mail/Text: CollectionsCompliance@firstdata.com Sep 29 2018 03:04:56      TRS Recovery Service,
                 PO Box 60022,    City of Industry, CA 91716
14807587        +EDI: URSI.COM Sep 29 2018 06:38:00      US Bank,    c/o Alltran Financial, LP,
                 5800 North Course Drive,    Houston, TX 77072-1613

```
District/off: 0315-2           User: jhel              Page 2 of 2              Date Rcvd: Sep 28, 2018
                               Form ID: 309            Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14807588        +EDI: VERIZONCOMB.COM Sep 29 2018 06:38:00     Verizon,   500 Technology Drive,   Suite 550,
                 Saint Charles, MO 63304-2225
14831596         EDI: AIS.COM Sep 29 2018 06:38:00     Verizon,    by American InfoSource LP as agent,
                  PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                           TOTAL: 22


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               LOANDEPOT.COM, LLC
cr               XCL Titling Trust, LLC
cr               XChange Leasing
14792480         Uber
cr*             +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                   707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14862483*       ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas of Pennsylvania,   PO Box 117,   Columbus, OH 43216)
14807552*       +Citizens Bank,   PO Box 789,   Providence, RI 02901-0789
14807559*       +Direct TV,   1130 North Chase Parkway,   Suite 150,   Marietta, GA 30067-6429
14807566*       +Loandepot.Com LLC,   425 Phillips Blvd,   Trenton, NJ 08618-1430
14807569*       +Mid American Bank & Trust,   5109 S Broadband Lane,   Sioux Falls, SD 57108-2208
14807570*       +Mid American Bank & Trust,   5109 S Broadband Lane,   Sioux Falls, SD 57108-2208
14807571*       +Mid American Bank & Trust,   5109 S Broadband Lane,   Sioux Falls, SD 57108-2208
14807577*        PSECU,   P.O. Box 67013,   Harrisburg, PA 17106-7013
14807579*       +Radius Bank,   1 Harbor Street,   Suite 201,   Boston, MA 02210-2445
14807581*       +TD Bank,   P.O. Box 9547,   Kansas City, MO 64133-9547
14807582*       +TD Bank,   P.O. Box 9547,   Kansas City, MO 64133-9547
14807583*       +TD Bank,   P.O. Box 9547,   Kansas City, MO 64133-9547
14807584*       +TD Bank,   P.O. Box 9547,   Kansas City, MO 64133-9547
14807585*       +TD Bank,   P.O. Box 9547,   Kansas City, MO 64133-9547
                                                                          TOTALS: 4, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
```
        James  Warmbrodt   on behalf of Creditor   XCL Titling Trust, LLC bkgroup@kmllawgroup.com
        James  Warmbrodt   on behalf of Creditor   XChange Leasing bkgroup@kmllawgroup.com
        Jeffrey R. Hunt   on behalf of Creditor   Borough of Heidelberg jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jerome B. Blank   on behalf of Creditor   LOANDEPOT.COM, LLC pawb@fedphe.com
        Kenneth  Steidl   on behalf of Debtor Jason A. Dixon julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
         eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinber
         g.com
        Kenneth  Steidl   on behalf of Joint Debtor Richard A. Dixon, II
         julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
         eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinber
         g.com
        Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
         DMcKay@bernsteinlaw.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                             TOTAL: 9
```