**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   JASON A. DIXON
   RICHARD A. DIXON, II
       Debtor(s)

   Ronda J. Winnecour
       Movant
      vs.
   No Respondents.

Case No.:18-20981 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/15/2018 and confirmed on 06/29/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,630.00 |
| Less Refunds to Debtor | 1,452.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,178.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 274.94 | |
|   Trustee Fee | 93.66 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 368.60 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LOANDEPOT.COM | 0.00 | 943.81 | 0.00 | 943.81 |
|     Acct: 3761 | | | | |
|   LOANDEPOT.COM | 3,173.76 | 0.00 | 0.00 | 0.00 |
|     Acct: 3761 | | | | |
|   BOROUGH OF HEIDELBERG (SWG) | 837.95 | 0.00 | 0.00 | 0.00 |
|     Acct: G100 | | | | |
|   BOROUGH OF HEIDELBERG (SWG) | 363.53 | 0.00 | 0.00 | 0.00 |
|     Acct: G100 | | | | |
| | | | | 943.81 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON A. DIXON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON A. DIXON | 1,452.00 | 1,452.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 274.94 | 0.00 | 0.00 |
|     Acct: | | | | |

| 18-20981 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|    FAIR | 11,609.72 | 865.59 | 0.00 | 865.59 |
|       Acct: | | | | |
| | | | | 865.59 |
| **Unsecured** | | | | |
|    BRANCH BANKING&TRUST CO/BB&T(*) | 234.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 7319 | | | | |
|    CAPITAL COMMUNITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 6065 | | | | |
|    CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5229 | | | | |
|    CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5164 | | | | |
|    COLUMBIA GAS OF PA INC(*) | 1,893.31 | 0.00 | 0.00 | 0.00 |
|       Acct: 9624 | | | | |
|    COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 6396 | | | | |
|    DIRECTV LLC BY AMERICAN INFOSOURCE | 728.29 | 0.00 | 0.00 | 0.00 |
|       Acct: 2507 | | | | |
|    DIRECTV LLC BY AMERICAN INFOSOURCE | 688.85 | 0.00 | 0.00 | 0.00 |
|       Acct: 9696 | | | | |
|    DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 8146 | | | | |
|    DUQUESNE LIGHT COMPANY* | 541.68 | 0.00 | 0.00 | 0.00 |
|       Acct: 9666 | | | | |
|    LISA WEINBERG DMD | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 3511 | | | | |
|    LOAN DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 3761 | | | | |
|    MID AMERICA BANK & TRUST | 341.73 | 0.00 | 0.00 | 0.00 |
|       Acct: 3900 | | | | |
|    MID AMERICA BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5731 | | | | |
|    MID AMERICA BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5731 | | | | |
|    MID AMERICA BANK & TRUST | 334.43 | 0.00 | 0.00 | 0.00 |
|       Acct: 5950 | | | | |
|    MONTGOMERY WARDS** | 231.94 | 0.00 | 0.00 | 0.00 |
|       Acct: 6290 | | | | |
|    MONTGOMERY WARD(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 7290 | | | | |
|    OMEGA FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    PA AMERICAN WATER(*) AKA AMERICAN | 595.30 | 0.00 | 0.00 | 0.00 |
|       Acct: 9619 | | | | |
|    PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 8492 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 6669 | | | | |
|    ALLISON L CARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    JEROME BLANK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 8356 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   RADIUS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RADIUS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7773 | | | | |
|   TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7772 | | | | |
|   TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1107 | | | | |
|   TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4538 | | | | |
|   TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7806 | | | | |
|   TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7442 | | | | |
|   TRS RECOVERY SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6760 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 652.63 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   CENTRAL CREDIT SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MDG USA INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEYBANK NATIONAL ASSOC | 997.56 | 0.00 | 0.00 | 0.00 |
|     Acct: 5571 | | | | |
|   KEYBANK NATIONAL ASSOC | 1,313.04 | 0.00 | 0.00 | 0.00 |
|     Acct: 1089 | | | | |
|   KEYBANK NATIONAL ASSOC | 191.70 | 0.00 | 0.00 | 0.00 |
|     Acct: 2445 | | | | |
|   BRANCH BANKING&TRUST CO/BB&T(*) | 30.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6319 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 685.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 750.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 5123 | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                   1,809.40

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 11,609.72 |
| SECURED | 4,375.24 |
| UNSECURED | 10.210.87 |

Date: 11/15/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com